COURT OF APPEALS
 TENTH DISTRICT OF TEXAS
 
 December 3, 2015
 No. 10-15-00406-CR
 DAMON NATHANIEL MILLER
 v.
 THE STATE OF TEXAS
 _______________
 
 From the 66[th] District Court
 Hill County, Texas
 Trial Court No. 37967
 
--------------------------------------------------------------------------------
JUDGMENT

 This appeal has been considered by the Court. Because the Court finds that a certification of defendant's right of appeal that shows Damon Nathaniel Miller has the right of appeal has not been made a part of the record, it is the judgment of this Court that the appeal is dismissed. 
 A copy of this judgment will be certified by the Clerk of this Court and delivered to the trial court clerk for enforcement.
 PER CURIAM
 SHARRI ROESSLER, CLERK 

 By: ___________________________
 Nita Whitener, Deputy Clerk